1  Eugene B. Elliot, State Bar No. 111475
   Ethan M. Lowry, State Bar No. 278831
2  Isabella D. Reyes, State Bar No. 313115
3  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   The Waterfront Building
4  2749 Hyde Street
   San Francisco, California 94109
5  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
6  Email:      eelliot@bfesf.com

7

8  Attorneys for Defendant
   NAPA VALLEY COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBIN ROWE, | Case No. 4:17-cv-06129-KAW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| NAPA VALLEY COMMUNITY COLLEGE DISTRICT, | |
| Defendant. | |
| | **Hon. Kandis A. Westmore** |

Plaintiff ROBIN ROWE and defendant NAPA VALLEY COMMUNITY COLLEGE DISTRICT (the "DISTRICT"), by and through their counsel of record, hereby represent to the Court that the parties have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to participate in Mediation (ADR L.R. 6), upon assignment to ADR Administrator Howard Herman.

The parties agree to hold the ADR session by the presumptive deadline, which is 90 days from the date of the order referring the case to ADR, provided that the DISTRICT is able to at least start Plaintiff's deposition prior to commencing the ADR process.

1

It is so stipulated and agreed.

Dated: March 7, 2018                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                             By:    */s/ Isabella Reyes*
                                                    Isabella D. Reyes
                                                    Attorneys for Defendant
                                                    NAPA VALLEY COMMUNITY COLLEGE
                                                    DISTRICT

Dated: March 7, 2018                         LEIGH LAW GROUP, P.C.

                                             By:    */s/ Jay Jambeck*
                                                    Jay T. Jambeck
                                                    Attorneys for Plaintiff
                                                    ROBIN ROWE

## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Plaintiff's counsel to show their signature on this document as /s/.

Dated: March 7, 2018                         By:    */s/ Isabella Reyes*
                                                    Isabella D. Reyes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/7/18                                _____
                                             Kandis A. Westmore
                                             UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: 4:17-cv-06129-KAW