UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROWE,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA VALLEY COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No. 4:17-cv-06129-KAW<br><br>**ORDER REGARDING 2/20/19 JOINT LETTER**<br><br>Re: Dkt. No. 45 |

On February 5, 2019, Plaintiff Robin Rowe filed an administrative motion to extend the deadline to file a joint letter, which was granted over Defendant Napa Valley Community College District's objection. In the Court's order, the parties were directed to "meet and confer pursuant to the undersigned's standing order prior to filing the joint letter, and [were] directed to review the Northern District Guidelines for Professional Conduct sections 3(e) (scheduling), 4 (continuances), and 9(e) (depositions)." The latter part of this directive does not appear to have been followed, because the parties filed a joint letter on February 20, 2019 on the same issue. (Joint Letter, Dkt. No. 45.)

People, including attorneys, fall ill despite looming case deadlines, and parties are expected to meet and confer in good faith to resolve any resulting scheduling issues without court intervention. While the Court is aware that the last day to hear dispositive motions is March 21, 2019, the undersigned will permit Plaintiff to take the previously-noticed depositions[1] after the discovery cut-off.

Accordingly, the parties are ordered to meet and confer regarding the scheduling of the

---

[1] The Court notes that the depositions were originally noticed prior to the discovery cut-off.

depositions of Dr. Weddington, Karen Smith, Brandon Tofanelli, and the Rule 30(b)(6) designees. (*See* Joint Letter at 1: 7-9.) If the witness testimony is necessary to oppose the motion for summary judgment, Plaintiff may file a motion pursuant to Federal Rule of Civil Procedure 56(d), although the Court hopes that the parties will meet and confer regarding a reasonable briefing schedule to obviate unnecessary motion practice.

IT IS SO ORDERED.

Dated: February 22, 2019

*[signature]*
KANDIS A. WESTMORE
United States Magistrate Judge