Jay T. Jambeck (SBN #226018)
jjambeck@leighlawgroup.com
Mandy G. Leigh (SBN #225748)
mleigh@leighlawgroup.com
Damien B. Troutman (SBN #286616)
dtroutman@leighlawgroup.com
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
ROBIN ROWE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROWE,<br><br>Plaintiff,<br><br>v.<br><br>NAPA VALLEY COMMUNITY COLLEGE DISTRICT,<br><br>Defendant. | **Case No.**: 4:17-cv-06129-KAW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING SUBSTITUTION OF COUNSEL<br><br>[Civil L.R. 6-3 & 7-11]<br><br>**Judge**: Hon. Kandis A. Westmore<br>**Court**: Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612<br><br>**Trial Date**: Jun. 10, 2019 |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

Having considered all papers filed in support or and/or in opposition to Plaintiff ROBIN ROWE ("Plaintiff")'s Administrative Motion to Stay Proceedings Pending Substitution of Counsel ("Motion"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion is **GRANTED**. The above-captioned matter is stayed ~~pending~~ 30 days, so Plaintiff has the opportunity to obtain~~ing~~ new counsel ~~after she terminated her current counsel on February 26, 2019~~. (Dkt. #

---

[PROPOSED] ORDER GRANTING MOTION TO STAY PENDING PROCEEDINGS

No.: 4:17-cv-06129-KAW

1

47). This stay incorporates all currently scheduled deadlines in this matter, including but not limited to Plaintiff's ~~February 28, 2019~~ deadline to oppose Defendant NAPA VALLEY COMMUNITY COLLEGE DISTRICT'S Motion to Summary Judgment (Dkt. # 41).

**The case is set for status on April 11, 2019 at 11:00 AM, at which time the remaining case deadlines will be addressed. The April 4, 2019 hearing is VACATED.**

IT IS SO ORDERED.

Dated: March 13, 2019          By: _____
                                    HON. KANDIS A. WESTMORE
                                    UNITED STATES MAGISTRATE JUDGE