UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rowe

    Plaintiff(s),

vs.

Napa Valley Community College District

    Defendant(s).

Case Number: 4:17-cv-06129-KAW

ORDER APPOINTING COUNSEL

Because the plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Suzanne Stafford of Sheppard Mullin is hereby appointed as counsel for Ms. Rowe in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☒ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:

    ☐ other:

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: September 16, 2019

*Kandis Westmore*
United States Magistrate Judge