UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROWE,<br><br>         Plaintiff,<br><br>    v.<br><br>NAPA VALLEY COMMUNITY COLLEGE DISTRICT,<br><br>         Defendant. | Case No. 4:17-cv-06129-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**<br><br>Re: Dkt. No. 67 |

On May 5, 2020, Mediator Howard Herman certified that the case had settled. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: May 6, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge